# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 21-cr-30009 |
| | ) | |
| JAMES RUSSWINKEL, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

**NOW COMES** the Harris Law Center, by its representative, Brendan P. Harris, an attorney licensed and in good standing in the State of Illinois and admitted to practice in the United States District Court for the Central District of Illinois, and hereby enters his appearance in this proceeding, as co-counsel to Attorney Mark Kevin Wykoff, Sr., on behalf of Defendant, JAMES RUSSWINKEL.  All future notices and pleadings concerning this matter should be forwarded to the address listed below in addition to that of Attorney Mark Kevin Wykoff, Sr.

Respectfully Submitted,

**HARRIS LAW CENTER**

By:    /s/ *Brendan P. Harris*
Brendan P. Harris
Reg. No. 6289679
Co-Counsel for Defendant
Harris Law Center
231 South Sixth Street
Springfield, Illinois 62701
Telephone: (217) 789-9794
Fax: (217) 789-9797
E-mail: brendan@harrislawcenter.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Mr. Tanner K. Jacobs, Esq.
Assistant United States Attorney
318 South Sixth Street
Springfield, IL 62701

Mr. Mark Kevin Wykoff, Sr., Esq.
Wykoff Law Office, LLC
919 South Eighth Street
Springfield, IL 62703

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. James Russwinkel
c/o Sangamon County Jail
200 South Ninth Street
Springfield, IL 62701

/s/ *Brendan P. Harris*
Brendan P. Harris
Reg. No. 6289679
Co-Counsel for Defendant
Harris Law Center
231 South Sixth Street
Springfield, Illinois 62701
Telephone: (217) 789-9794
Fax: (217) 789-9797
E-mail: brendan@harrislawcenter.com